# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00422-CV

**Stephen Vletas, Appellant**

**v.**

**SV O&G LLC, Appellee**

### FROM THE 119TH DISTRICT COURT OF RUNNELS COUNTY
### NO. 16,201, THE HONORABLE BEN WOODWARD, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Stephen Vletas has filed a motion to administratively stay this appeal, which we treat as a motion to abate, pending the district court's ruling on his motion for new trial. We grant the motion and abate this appeal. We instruct Vletas to file a motion to reinstate when the district court rules on his motion for new trial. This appeal will remain abated pending further order of this Court.

Before Justices Baker, Smith, and Theofanis

Abated

Filed: July 18, 2024